**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**
MAY 1 5 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| SUNSET COVE AT THE SHORES, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 5:23-CV-00037-FB |
| ILLINOIS UNION INSURANCE COMPANY, | § § § | |
| *Defendant.* | § | |

### DEFENDANT, ILLINOIS UNION INSURANCE COMPAY, FIRST AMENDED ANSWER IN RESPONSE TO PLAINTIFF'S FIRST ORIGINAL PETTION

**COMES NOW,** Illinois Union Insurance Company ("Defendant"), and files this First Amended Answer in Response to Plaintiff's Original Petition and would show the Court the following:

### I.     AMENDED ANSWER

1. Paragraph 1.1 of Plaintiff's Original Petition relates to a state court procedure and thus no response is needed.

2. Defendant admits the allegations in Paragraph 2.1 of Plaintiff's Original Petition.

3. Paragraph 3.1 of Plaintiff's Original Petition relates to a state court procedure and thus no response is needed.

4. Paragraph 3.2 of Plaintiff's Original Petition relates to a state court procedure and thus no response is needed.

5. Defendant denies the allegations in Paragraph 4.1 of Plaintiff's Original Petition.

6. Defendant admits the allegations in Paragraph 4.2 of Plaintiff's Original Petition.

7. Paragraph 5.1 of the Complaint states a legal conclusion to which no response is required.

8. Defendant denies the allegations in Paragraph 6.1 of Plaintiff's Original Petition.

9. Defendant denies the allegations in Paragraph 6.2 of Plaintiff's Original Petition.

10. Defendant denies the allegations in Paragraph 6.3 of Plaintiff's Original Petition.

11. Defendant denies the allegations in Paragraph 6.4 of Plaintiff's Original Petition.

12. Defendant denies the allegations in Paragraph 6.5 of Plaintiff's Original Petition.

13. Defendant denies the allegations in Paragraph 6.6 of Plaintiff's Original Petition.

14. Defendant denies the allegations in Paragraph 6.7 of Plaintiff's Original Petition.

15. Defendant denies the allegations in Paragraph 6.8 of Plaintiff's Original Petition.

16. Defendant denies the allegations in Paragraph 6.9 of Plaintiff's Original Petition.

17. No response is required to the allegations in Paragraph 7.1 of Plaintiff's Original Petition.

18. Defendant denies the allegations in Paragraph 7.2 of Plaintiff's Original Petition.

19. Defendant denies the allegations in Paragraph 7.3 of Plaintiff's Original Petition.

20. No response is required to the allegations in Paragraph 7.4 of Plaintiff's Original Petition.

21. Defendant denies the allegations in Paragraph 7.5 of Plaintiff's Original Petition.

22. No response is required to the allegations in Paragraph 7.6 of Plaintiff's Original Petition.

23. No response is required to the allegations in Paragraph 7.7 of Plaintiff's Original Petition.

24. Defendant denies the allegations in Paragraph 7.8 of Plaintiff's Original Petition.

25. Defendant denies the allegations in Paragraph 7.9 of Plaintiff's Original Petition.

26. Defendant denies the allegations in Paragraph 7.10 of Plaintiff's Original Petition.

27. Defendant denies the allegations in Paragraph 7.11 of Plaintiff's Original Petition.

28. Defendant denies the allegations in Paragraph 7.12 of Plaintiff's Original Petition.

29. Defendant denies the allegations in Paragraph 7.13 of Plaintiff's Original Petition.

30. Defendant denies the allegations in Paragraph 7.14 of Plaintiff's Original Petition.

31. Defendant denies the allegations in Paragraph 7.15 of Plaintiff's Original Petition.

32. Defendant denies the allegations in Paragraph 7.16 of Plaintiff's Original Petition.

33. Defendant denies the allegations in Paragraph 7.17 of Plaintiff's Original Petition.

34. Defendant denies the allegations in Paragraph 8.1 of Plaintiff's Original Petition.

35. Defendant denies the allegations in Paragraph 9.1 of Plaintiff's Original Petition.

36. Defendant denies the allegations in Paragraph 10.1 of Plaintiff's Original Petition.

37. Defendant denies the allegations in Paragraph 11.1 of Plaintiff's Original Petition.

38. Defendant denies the allegations in Paragraph 12.1 of Plaintiff's Original Petition.

39. No response is required to the allegations in Paragraph 13.1 of Plaintiff's Original Petition.

## II. AFFIRMATIVE DEFENSES

Defendant asserts the following as Affirmatives Defenses that bar recovery for Plaintiff's claim:

### I.

The following Policy Provision excludes coverage:

> **SECTION I – PROPERTY**
> **A. Coverage**
> We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

Under the policy, Plaintiff is only entitled to be paid for "direct physical loss of or damage" to the property. Plaintiff is seeking payments for items that were not physically damaged. Defendant cannot pay for any undamaged property.

## III. PRAYER

Defendant, Illinois Union Insurance Company, respectfully prays that Plaintiff take nothing by reason of its suit herein, and that Illinois Union Insurance Company recover its costs.

Respectfully submitted:

By: _____
Stephen P. Pate
State Bar No. 15566500
Fed. ID No.: 1066
spate@cozen.com
COZEN O'CONNOR
LyondellBasell Tower
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3957
Telecopier: (832) 706-3423

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This certifies that, on May 12, 2023, of the foregoing was served on the following counsel of record pursuant to the Federal Rules of Civil Procedure.

Craig M. Saucier
Valerie Mazzola
Saucier & Smaistrla PLLC
2101 NW Military Hwy.
San Antonio, Texas 78213
craig@s2lawfirm.com

_____
Stephen P. Pate